IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action H-11-2945 |
| EVOLUTION CAPITAL ADVISORS, LLC, EVOLUTION INVESTMENT GROUP I, LLC, AND DAMIAN OMAR VALDEZ, | § § § § § | |
| Defendants. | § | |

**ORDER (1) APPROVING FINAL PAYMENT OF FEES AND EXPENSES;
(2) APPROVING FINAL DISTRIBUTION OF ASSETS; AND
(3) CLOSING THE RECEIVERSHIP AND DISCHARGING THE RECEIVER**

This Court, having considered the concurrently filed Receiver's Final Application for Payment of Professional Fees and Expenses (Dkt. 97) (the "Final Fee Application") and Receiver's Motion (1) to Approve Final Payment of Fees and Expenses, (2) to Approve Final Distribution of Assets, and (3) to Close the Receivership and Discharge the Receiver (Dkt. 98) (the "Motion for Discharge"); and all opposition, responses or objections thereto, if any; and having determined that the Final Fee Application and Motion for Discharge are fully supported by the written submissions; the Final Fee Application and Motion for Discharge are hereby **GRANTED** in all respects.

**IT IS THEREFORE ORDERED** that the following are approved and authorized: (i) $148,267.45 in fees and expenses incurred by The Taylor Law Offices, P.C., of which $21,432.42 remains outstanding or otherwise was held back for payment upon conclusion of the

Receivership pursuant to the Securities and Exchange Commission's "Receiver Billing Instructions"; (ii) the payment of $67,192.62 to The Taylor Law Offices, P.C., representing all fees and expenses currently outstanding and/or which previously were held back for payment upon conclusion of the Receivership pursuant to the Securities and Exchange Commission's "Receiver Billing Instructions"; (iii) the payment of $13,630.50 to Mohle Adams; and (iv) the payment of $5,173.21 to D. Supkis Cheek, PLLC.

**IT IS FURTHER ORDERED** that the Receiver distribute, pursuant to the Plan of Distribution approved by this Court on October 29, 2012 (Dkt. 68): (1) all remaining funds held in accounts of the Receivership Estate after payment of final fees and expenses, and (2) all amounts received, if any, with respect to any tax refund for the Receivership Estate.

**IT IS FURTHER ORDERED** that Receiver is authorized to transfer any or all of the books and records of the Receivership Estate to the Staff of the U.S. Securities and Exchange Commission upon the request of the agency and if no such request is received within 30 days of the entry of this Order the Receiver is authorized to destroy any or all of the books and records of the Receivership Estate; and

**IT IS FURTHER ORDERED** that, subject to completion of the foregoing final payment of fees and expenses, final distributions to investors and disposition of books and records, the Receivership is hereby terminated and Receiver is discharged from any further obligation to any party under the Order Appointing Receiver (Dkt. 44) without need of further order of this Court.

Signed at Houston, Texas this 28 day of July, 2015.

_____
GRAY H. MILLER
UNITED STATES DISTRICT JUDGE